**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

July 8, 2019

**Via ECF**

Hon. Anne Y. Shields
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    RE:    **Franco v. Stardust Diners, Inc.,** *et al*
           **Docket No.:   18-cv-04537**

Dear Judge Shields:

    This firm represents Defendants in the above-referenced matter. Defendants submit this letter to respectfully request an extension until August 7, 2019 to Answer or otherwise respond to the Complaint. Plaintiff consents to the requested extension. This is the first such request for an extension on the deadline to answer the Complaint.

    Thank you for your consideration.

                                Respectfully submitted,

                                /s/ Brett W. Joseph

cc: all counsel of record (via ECF)