UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

LUISA FRANCO, INDIVIDUALLY AND ON
BEHALF OF OTHERS SIMILARLY
SITUATED,

                    Plaintiff,

     v.

STARDUST DINERS, INC. D/B/A COLONY
DINER, GEORGE STRIFAS, AND THOMAS
STRIFAS,

                    Defendants.
---------------------------------------------------------------X

Case No.: 2:18-cv-4537 (SJF) (AYS)

STIPULATED ORDER OF
DISMISSAL

FILED CLERK
11:04 am, Nov 03, 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

SJF/aa

Dated: ~~October~~ November 2, 2020

_____
Michael Taubenfeld, Esq.
Fisher Taubenfeld LLP
Attorneys for Plaintiff
225 Broadway, Suite 1700
New York, NY 10007

_____
Jamie S. Felsen, Esq.
Milman Labuda Law Group PLLC
Attorneys for Defendants
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042

SO ORDERED: 11/3/2020

/s/Sandra J. Feuerstein
_____
Sandra J. Feuerstein, U.S.D.J.

6

# EXHIBIT 2